UNITED STATES DEPARTMENT OF JUSTICE UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

## REPORT OF PUBLIC SALE
(For Chapter 7, 11 and 13 Cases)

IN RE: St. Catherine Hospital of Pennsylvania, LLC

CASE NO. 5-12-02073
CHAPTER: 7

1. DATE OF SALE: November 29, 2013

TRUSTEE'S ATTORNEY: William G. Schwab

2. AUCTIONEER: Houser Auctioneers, New Ringgold, PA
   ATTORNEY FOR CREDITORS COMMITTEE: None

3. BRIEF DESCRIPTION OF ASSETS: Miscellaneous Medical and Office Equipment and Supplies

4. ATTENDANCE AT SALE: 50+    NUMBER OF LOTS: 183    INTENSITY OF BIDDING: Vigorous

5. SECURITY OF ASSETS DURING SALE: Provided By Auctioneer

6. TYPE OF BIDDERS: Various

7. BULK BID: None

8. LOT BIDS $6,441.00    NUMBER: 32

9. APPRAISER: N/A    FEE $ N/A

10. AUCTIONEER'S FEE $644.00    ADVERTISING COSTS $1,889.76

11. OTHER COSTS $1,045.00    EXPLAIN: Port-A-Potty Rental, Labor & Heater Rental

12. HOW WAS SALE ADVERTISED? Local Newspapers and Internet

13. NET AMOUNT REALIZED $2,862.24

WILLIAM G. SCHWAB, Trustee
Reporting Party
12-23-13

_William G. Schwab, Trustee_

(File original with Clerk's office within five (5) days of sale, even if objection is filed, Attach notice(s) of sale produced by auctioneer and auctioneer sheets to copy and forward to U. S. Trustee.)
UST-PA-MD- 7
(Apr. 1988)

  

# DOUG & TIM HOUSER
## LICENSED AUCTIONEERS

Tim Houser & Son
106 Ridge Cup Road
New Ringgold, PA 17960
570-386-2191

Doug Houser & Son
4645 Penn Hills Drive
Schnecksville, PA 18078
610-799-2396

## SERVING YOU WITH THREE GENERATIONS OF EXPERIENCE!

REAL ESTATE - ANTIQUES - PERSONAL PROPERTY - FARM & CONSTRUCTION EQUIPMENT AND APPRAISALS

November 29, 2013

William G. Schwab-Trustee
811 Blakeslee Blvd DR E
Lehighton, PA 18235

RE: St Catherine's Hospital
   Chapter 7  Case No. 5-12-002073

Advertising-

| | |
|---|---:|
| Morning Call-Nov. 17, 22 | $ 363.09 |
| Times News-Nov. 22 | 61.13 |
| Express Times-Nov. 22 | 275.74 |
| Republican Herald- Nov. 15, 22 | 199.98 |
| Pocono Record-Nov. 15 | 160.72 |
| Times Leader-Nov. 17 | 109.35 |
| Lancaster Farming-Nov. 16 | 211.36 |
| Harrisburg Patriot-Nov. 17 | 142.00 |
| Scranton Times-Nov. 17 | 206.39 |
| Auction Zip (over 31,000 hits) | 100.00 |
| Sign- | 60.00 |
| | $1889.76 |

| | |
|---|---:|
| Port-A-Potty | $ 85.00 |
| Labor-Set up-6 people/5 hr ea @$9.00/hr | 270.00 |
| Auction Day-10 people/6 hr ea @ $9.00/hr | 540.00 |
| Generator/ Heater Rental- | 150.00 |
| | $1045.00 |

Auctioneer Commission-$6441.00 @ 10%     $ 644.00

TOTAL EXPENSE-$ 3578.76

SEE US ON THE WEB AT WWW.HOUSERAUCTIONEERS.COM

Case 5:12-bk-02073-JJT   Doc 950   Filed 12/23/13   Entered 12/23/13 11:18:30   Desc
Main Document     Page 2 of 7




# Doug & Tim Houser
## LICENSED AUCTIONEERS

Date: 11/29/2013

Tim Houser
106 Ridge Cup Road
New Ringgold, PA 17960
570-386-2191 / 570-386-8321

www.houserauctioneers.com

Doug Houser
4645 Penn Hills Drive
Schnecksville, PA
610-799-2396

REAL ESTATE * ANTIQUES * HOUSEHOLD * FARM/CONSTRUCTION EQUIP. * LIVESTOCK AND APPRAISALS

SELLER:
ST CATHERINE'S HOSPITAL    PHONE: ( )   -
WM G SCHWAB=TRUSTEE

Lehighton, PA  18235

| Date | Bidder # | Item | QTY | Price | Total |
|---|---|---|---|---|---|
| 11/29/2013 | CASH | PLAYER PIANO-NO SALE | 1 | 0.00 | 0.00 |
| 11/29/2013 | CASH | 2 DR FILE CABINET, TABLE LOT-NO SALE | 1 | 0.00 | 0.00 |
| 11/29/2013 | CASH | REHAB STOPS LOT-NO SALE | 1 | 0.00 | 0.00 |
| 11/29/2013 | CASH | BEDSIDE TABLE-NO SALE | 1 | 0.00 | 0.00 |
| 11/29/2013 | CASH | REHAB EQUIP-NO SALE | 1 | 0.00 | 0.00 |
| 11/29/2013 | 0026 | WOODEN TABLE | 1 | 0.50 | 0.50 |
| 11/29/2013 | 0014 | TABLE AND CHAIR | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0028 | CHAIRS/9 | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0014 | METAL STAND | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0026 | METAL DESK | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0012 | WOOD DESK | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0013 | TABLE CART LOT | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0010 | HOLIDAY DECOR | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0028 | CART | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0010 | COMPUTER MONITORS | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0008 | BED SIDE TABLES C | 1 | 1.00 | 1.00 |
| 11/29/2013 | 0020 | DESK ORGANIZERS LOT | 1 | 1.00 | 1.00 |
| 11/29/2013 | CASH | CHAIR | 1 | 2.00 | 2.00 |
| 11/29/2013 | 0025 | CHAIRS/CHC | 1 | 2.00 | 2.00 |
| 11/29/2013 | 0014 | ORGANIZER | 1 | 2.00 | 2.00 |
| 11/29/2013 | 0014 | TABLE | 1 | 2.00 | 2.00 |
| 11/29/2013 | 0010 | MAGAZINE RACKS-LOT 3 | 1 | 2.00 | 2.00 |
| 11/29/2013 | 0010 | DESK ORGANIZERS | 1 | 2.00 | 2.00 |
| 11/29/2013 | 0014 | OFFICE, SUPPLES LOT | 1 | 2.00 | 2.00 |
| 11/29/2013 | CASH | FILE CART | 1 | 3.00 | 3.00 |
| 11/29/2013 | 0026 | WOOD LETTER HOLDER | 1 | 3.00 | 3.00 |
| 11/29/2013 | 0010 | FAX MACH | 1 | 3.00 | 3.00 |
| 11/29/2013 | 0014 | CHAIR | 1 | 4.00 | 4.00 |
| 11/29/2013 | 0013 | CHAIRS/PC | 2 | 2.00 | 4.00 |
| 11/29/2013 | 0011 | STATION 7-2 DESKS | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0014 | END TABLE | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0028 | BOOKCASE | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0026 | DESK UNIT | 1 | 5.00 | 5.00 |
| 11/29/2013 | CASH | PLAYER PIANO | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0026 | REHAB TABLES | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0014 | WELSH ALLEN PUMP | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0014 | DOLLY | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0014 | HORIZ FILE CABINET-2 | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0032 | PAPER HOLDER | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0014 | OFFICE SUPPLIES | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0005 | METAL STEP STOOL | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0014 | SM TABLE/CHC | 1 | 5.00 | 5.00 |

PAGE: 1




# Doug & Tim Houser
## LICENSED AUCTIONEERS

Date: 11/29/2013

Tim Houser
106 Ridge Cup Road
New Ringgold, PA 17960
570-386-2191 / 570-386-8321

www.houserauctioneers.com

Doug Houser
4645 Penn Hills Drive
Schnecksville, PA
610-799-2396

REAL ESTATE * ANTIQUES * HOUSEHOLD * FARM/CONSTRUCTION EQUIP. * LIVESTOCK AND APPRAISALS

SELLER:
ST CATHERINE'S HOSPITAL        PHONE: ( )  -
WM G SCHWAB=TRUSTEE

Lehighton, PA  18235

| Date | Bidder # | Item | QTY | Price | Total |
|---|---|---|---|---|---|
| 11/29/2013 | 0028 | FANS-LOT | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0006 | CORK BOARD | 1 | 5.00 | 5.00 |
| 11/29/2013 | 0010 | CAUTION PYLON | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0028 | HORIZ FILE CABINETS/CHC | 2 | 3.00 | 6.00 |
| 11/29/2013 | 0011 | 5 DR FILE CABINET | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0014 | ROLLING CART | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0010 | ROLLING DESK | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0010 | BACK PACKS LOT | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0014 | FOLDER CLOCK PAPER | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0010 | PICTURE | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0005 | DOLLY CART | 1 | 6.00 | 6.00 |
| 11/29/2013 | 0010 | EXPANDABLE FOLDERS | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0005 | DESK LIGHTS  CLOCKS | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0024 | ROLLING TABLE | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0010 | DESK ORGANIZER LOT | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0005 | ROLLING TABLES C | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0005 | CHAIRS/CHC | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0005 | FANS CHOICE | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0010 | TOASTER, MICROWAVE | 1 | 7.00 | 7.00 |
| 11/29/2013 | 0005 | CHAIRS/CHC | 4 | 2.00 | 8.00 |
| 11/29/2013 | 0005 | CHAIRS/CHC | 4 | 2.00 | 8.00 |
| 11/29/2013 | 0032 | 4 DR FILE CABINET | 1 | 8.00 | 8.00 |
| 11/29/2013 | 0003 | TRASH CAN LOT | 1 | 9.00 | 9.00 |
| 11/29/2013 | 0018 | ARTIF PLANT | 1 | 9.00 | 9.00 |
| 11/29/2013 | 0018 | ARTIF PLANTS/CHC | 1 | 9.00 | 9.00 |
| 11/29/2013 | 0010 | STATION 6-ROUND TABLE | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0023 | STOOLS-CHOICE | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0025 | ROLLING METAL CART | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0014 | WALL CLOCKS LOT | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0013 | CHAIRS/CHC | 2 | 5.00 | 10.00 |
| 11/29/2013 | 0005 | DOLLY CARTS-CHOICE | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0013 | GURNEY | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0005 | ROLLING DOCK CART | 1 | 10.00 | 10.00 |
| 11/29/2013 | 0032 | PAPER HOLDERS/CHC | 1 | 11.00 | 11.00 |
| 11/29/2013 | 0009 | CREDIT CARD MACH | 1 | 11.00 | 11.00 |
| 11/29/2013 | 0005 | HIGH SWIVEL STOOLS C | 2 | 6.00 | 12.00 |
| 11/29/2013 | 0014 | HILLROM GUERNEY | 1 | 12.50 | 12.50 |
| 11/29/2013 | 0010 | SONY RADIO | 1 | 13.00 | 13.00 |
| 11/29/2013 | 0006 | DOCK BUGGY | 1 | 13.00 | 13.00 |
| 11/29/2013 | 0005 | FOLDING CHAIRS | 1 | 15.00 | 15.00 |
| 11/29/2013 | 0014 | 2 DR FILE CABINET | 1 | 15.00 | 15.00 |
| 11/29/2013 | 0010 | ADDING MACHINES LOT | 1 | 15.00 | 15.00 |

PAGE: 2



# Doug & Tim Houser
## LICENSED AUCTIONEERS



www.houserauctioneers.com

**Tim Houser**
106 Ridge Cup Road
New Ringgold, PA 17960
570-386-2191 / 570-386-8321

**Doug Houser**
4645 Penn Hills Drive
Schnecksville, PA
610-799-2396

Date: 11/29/2013

REAL ESTATE * ANTIQUES * HOUSEHOLD * FARM/CONSTRUCTION EQUIP. * LIVESTOCK AND APPRAISALS

**SELLER:**
ST CATHERINE'S HOSPITAL  PHONE: ( ) -
WM G SCHWAB=TRUSTEE

Lehighton, PA  18235

| Date | Bidder # | Item | QTY | Price | Total |
|---|---|---|---|---|---|
| 11/29/2013 | 0032 | SS CART | 1 | 15.00 | 15.00 |
| 11/29/2013 | 0017 | CART | 1 | 15.00 | 15.00 |
| 11/29/2013 | 0014 | EASEL | 1 | 15.00 | 15.00 |
| 11/29/2013 | 0031 | PAINTING | 1 | 15.00 | 15.00 |
| 11/29/2013 | 0010 | TRASH CANS/CHC | 2 | 8.00 | 16.00 |
| 11/29/2013 | 0009 | CHEST | 1 | 16.00 | 16.00 |
| 11/29/2013 | 0015 | OFFICE CHAIR CHC | 1 | 16.00 | 16.00 |
| 11/29/2013 | 0014 | BED TABLE | 1 | 16.00 | 16.00 |
| 11/29/2013 | 0030 | OFFICE CHAIR | 1 | 16.00 | 16.00 |
| 11/29/2013 | 0010 | COAT RACKS LOT | 1 | 17.00 | 17.00 |
| 11/29/2013 | 0010 | WHITE BOARDS-CHOICE | 2 | 9.00 | 18.00 |
| 11/29/2013 | 0017 | CART | 1 | 18.00 | 18.00 |
| 11/29/2013 | 0013 | STATION 2 -3 PC OFFICE UNIT | 1 | 20.00 | 20.00 |
| 11/29/2013 | 0014 | METAL SHELVING UNIT | 1 | 20.00 | 20.00 |
| 11/29/2013 | 0010 | DELL PRINTERS C | 1 | 20.00 | 20.00 |
| 11/29/2013 | 0010 | OFFICE SUPPLIES STAPLES | 1 | 20.00 | 20.00 |
| 11/29/2013 | 0014 | DR PICTURES C | 4 | 5.00 | 20.00 |
| 11/29/2013 | 0006 | CORK BOARDS-CHOICE | 1 | 20.00 | 20.00 |
| 11/29/2013 | 0028 | CREDENZA | 1 | 21.00 | 21.00 |
| 11/29/2013 | 0014 | FILE CABINETS-CHOICE | 3 | 7.00 | 21.00 |
| 11/29/2013 | 0014 | FILE FOLDER ENVELOPES | 1 | 21.00 | 21.00 |
| 11/29/2013 | 0014 | CERAMIC HEATERS/ORGANIZERS | 1 | 21.00 | 21.00 |
| 11/29/2013 | 0012 | SS CART | 1 | 22.50 | 22.50 |
| 11/29/2013 | 0010 | MOP BUCKET | 1 | 22.50 | 22.50 |
| 11/29/2013 | 0014 | POWER STRIPS | 1 | 22.50 | 22.50 |
| 11/29/2013 | 0014 | FILE CABINET/CHC | 3 | 8.00 | 24.00 |
| 11/29/2013 | 0010 | WALL CLOCKS LOT | 1 | 24.00 | 24.00 |
| 11/29/2013 | 0010 | WHITE BOARD | 1 | 25.00 | 25.00 |
| 11/29/2013 | 0003 | SS TANK | 1 | 25.00 | 25.00 |
| 11/29/2013 | 0010 | HANDS FREE HEADSET | 1 | 25.00 | 25.00 |
| 11/29/2013 | 0010 | LOT OF 10 PHONES | 1 | 25.00 | 25.00 |
| 11/29/2013 | 0010 | POWER PACK | 1 | 25.00 | 25.00 |
| 11/29/2013 | 0003 | ROLLING CART | 1 | 25.00 | 25.00 |
| 11/29/2013 | 0013 | STATION 8-NO PAPERWORK | 1 | 26.00 | 26.00 |
| 11/29/2013 | 0010 | FIRE EXT/PC | 1 | 26.00 | 26.00 |
| 11/29/2013 | 0022 | FIRE EXT/PC | 1 | 26.00 | 26.00 |
| 11/29/2013 | 0003 | CART | 1 | 27.50 | 27.50 |
| 11/29/2013 | 0014 | WOOD FINISH BOOK SHELF | 1 | 27.50 | 27.50 |
| 11/29/2013 | 0032 | COAT RACK | 1 | 27.50 | 27.50 |
| 11/29/2013 | 0006 | ROLLING CABINET DESK C | 2 | 14.00 | 28.00 |
| 11/29/2013 | 0014 | METAL CLOTHES TREE | 1 | 28.00 | 28.00 |
| 11/29/2013 | 0009 | SS CART/CHC | 1 | 30.00 | 30.00 |

PAGE: 3



# Doug & Tim Houser
## LICENSED AUCTIONEERS



www.houserauctioneers.com

Tim Houser
106 Ridge Cup Road
New Ringgold, PA 17960
570-386-2191 / 570-386-8321

Doug Houser
4645 Penn Hills Drive
Schnecksville, PA
610-799-2396

Date: 11/29/2013

REAL ESTATE * ANTIQUES * HOUSEHOLD * FARM/CONSTRUCTION EQUIP. * LIVESTOCK AND APPRAISALS

SELLER:
ST CATHERINE'S HOSPITAL      PHONE: ( )  -
WM G SCHWAB=TRUSTEE

Lehighton, PA  18235

| Date | Bidder # | Item | QTY | Price | Total |
|---|---|---|---|---|---|
| 11/29/2013 | 0010 | FILE CABINETS-CHOICE | 3 | 10.00 | 30.00 |
| 11/29/2013 | 0006 | 2 DR FILING CABINET | 1 | 30.00 | 30.00 |
| 11/29/2013 | 0026 | REFRIGERATOR | 1 | 30.00 | 30.00 |
| 11/29/2013 | 0023 | 6 FT FOLDING TABLES C | 2 | 15.00 | 30.00 |
| 11/29/2013 | 0010 | ROLLING STOOLS LOT | 2 | 15.00 | 30.00 |
| 11/29/2013 | 0014 | WORK STATION TABLE | 1 | 30.00 | 30.00 |
| 11/29/2013 | 0013 | CORK BOARDS-CHOICE | 3 | 10.00 | 30.00 |
| 11/29/2013 | 0028 | BOOKCASES | 2 | 16.00 | 32.00 |
| 11/29/2013 | 0010 | COMPUTER CART | 1 | 35.00 | 35.00 |
| 11/29/2013 | 0010 | SS SHELF | 1 | 35.00 | 35.00 |
| 11/29/2013 | 0014 | RUNNER RUGS-CHOICE | 4 | 9.00 | 36.00 |
| 11/29/2013 | 0014 | DELL PRINTER | 1 | 37.50 | 37.50 |
| 11/29/2013 | 0010 | TABLE | 1 | 40.00 | 40.00 |
| 11/29/2013 | 0006 | FILING CABINET/4 DR/CHC | 1 | 40.00 | 40.00 |
| 11/29/2013 | 0006 | FIRE EXT/PC | 2 | 20.00 | 40.00 |
| 11/29/2013 | 0003 | ALUM LAUNDRY CARTS-CHOICE | 2 | 20.00 | 40.00 |
| 11/29/2013 | 0014 | SS CARTS/CHC | 2 | 20.00 | 40.00 |
| 11/29/2013 | 0014 | OIL PAINTINGS-CHOICE | 2 | 20.00 | 40.00 |
| 11/29/2013 | 0010 | BLACK CORK BOARD/CHC | 2 | 21.00 | 42.00 |
| 11/29/2013 | 0010 | LASER TONER CARTRIDGE | 1 | 42.50 | 42.50 |
| 11/29/2013 | 0010 | TRASH CANS/PC | 9 | 5.00 | 45.00 |
| 11/29/2013 | 0023 | STOOLS CHOICE | 1 | 45.00 | 45.00 |
| 11/29/2013 | 0005 | WHEEL CHAIR | 1 | 45.00 | 45.00 |
| 11/29/2013 | 0030 | SS CART | 1 | 47.50 | 47.50 |
| 11/29/2013 | 0010 | CREDIT CARD MACHINE | 1 | 47.50 | 47.50 |
| 11/29/2013 | 0009 | SS TABLE | 1 | 50.00 | 50.00 |
| 11/29/2013 | 0020 | FIRE EXT-CHOICE | 2 | 27.00 | 54.00 |
| 11/29/2013 | 0008 | METAL CABINET-CHOICE | 2 | 27.50 | 55.00 |
| 11/29/2013 | 0005 | WHEEL CHAIR | 1 | 55.00 | 55.00 |
| 11/29/2013 | 0005 | STACK CHAIRS | 1 | 55.00 | 55.00 |
| 11/29/2013 | 0006 | FIRE EXT | 2 | 28.00 | 56.00 |
| 11/29/2013 | 0006 | FIRE EXT | 2 | 28.00 | 56.00 |
| 11/29/2013 | 0010 | LG OTTLES/CHC | 2 | 30.00 | 60.00 |
| 11/29/2013 | 0010 | FIRE EXT/PC | 3 | 20.00 | 60.00 |
| 11/29/2013 | 0010 | PORTABLE AIR CONDITIONER | 1 | 60.00 | 60.00 |
| 11/29/2013 | 0005 | FILE CABINET/CHC | 2 | 32.50 | 65.00 |
| 11/29/2013 | 0014 | FILE CABINET/CHC | 2 | 32.50 | 65.00 |
| 11/29/2013 | 0013 | METAL DESKS/PC | 2 | 35.00 | 70.00 |
| 11/29/2013 | 0010 | STATION 4-OAK TABLE | 1 | 75.00 | 75.00 |
| 11/29/2013 | 0026 | LOCKER UNIT | 1 | 75.00 | 75.00 |
| 11/29/2013 | 0014 | MONITER KEYBOARD C | 2 | 37.50 | 75.00 |
| 11/29/2013 | 0010 | WHEEL CHAIRS C | 1 | 100.00 | 100.00 |

PAGE: 4



# Doug & Tim Houser
## LICENSED AUCTIONEERS



www.houserauctioneers.com

Tim Houser
106 Ridge Cup Road
New Ringgold, PA 17960
570-386-2191 / 570-386-8321

Doug Houser
4645 Penn Hills Drive
Schnecksville, PA
610-799-2396

Date: 11/29/2013

REAL ESTATE * ANTIQUES * HOUSEHOLD * FARM/CONSTRUCTION EQUIP. * LIVESTOCK AND APPRAISALS

**SELLER:**
ST CATHERINE'S HOSPITAL
WM G SCHWAB=TRUSTEE

Lehighton, PA  18235

PHONE: ( ) -

| Date | Bidder # | Item | QTY | Price | Total |
|---|---|---|---|---|---|
| 11/29/2013 | 0017 | FIRE EXT/CHC | 6 | 17.00 | 102.00 |
| 11/29/2013 | 0017 | FIRE EXT-CHOICE | 4 | 27.00 | 108.00 |
| 11/29/2013 | 0017 | 4 DR FILE CABINET-CONCRETE | 1 | 110.00 | 110.00 |
| 11/29/2013 | 0014 | RICOH COPIER/FAX | 1 | 125.00 | 125.00 |
| 11/29/2013 | 0011 | PALLET JACK | 1 | 130.00 | 130.00 |
| 11/29/2013 | 0010 | FIRE EXT. | 5 | 28.00 | 140.00 |
| 11/29/2013 | 0014 | WOODEN FILE CABINETS/CHC | 3 | 50.00 | 150.00 |
| 11/29/2013 | 0014 | STATION 9-L SHAPED DESK | 1 | 160.00 | 160.00 |
| 11/29/2013 | 0014 | 5 DR HORIZ FILE CABINET-CHOICE | 5 | 32.50 | 162.50 |
| 11/29/2013 | 0014 | STATION 5 L SHAPED DESK | 1 | 190.00 | 190.00 |
| 11/29/2013 | 0013 | STATION 3-OFFICE UNIT | 1 | 210.00 | 210.00 |
| 11/29/2013 | 0010 | CHAIRS/CHC | 8 | 30.00 | 240.00 |
| 11/29/2013 | 0010 | STATION 1-3 PC OAK DESK UNIT | 1 | 260.00 | 260.00 |
| 11/29/2013 | 0014 | OIL PAINTING C | 7 | 37.50 | 262.50 |
| 11/29/2013 | 0010 | COPIERS CHOICE | 4 | 170.00 | 680.00 |

# of Items: 183  Total: 6,441.00

PAGE: 5