UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: ST. CATHERINE HOSPITAL OF PA, LLC, aka ST. CATHERINE MEDICAL CENTER OF FOUNTAIN SPRINGS, Debtor | : : : : | Chapter 7 Case No. 5-12-02073 |

| | | |
|---|---|---|
| **WILLIAM G. SCHWAB, Trustee for the Estate of St. Catherine Hospital of PA, LLC,** Movant, vs. **INTERNAL REVENUE SERVICE, PA DEPARTMENT OF REVENUE, PA DEPARTMENT OF LABOR AND INDUSTRY, SCHUYLKILL COUNTY TAX CLAIM BUREAU, NORTH SCHUYLKILL SCHOOL DISTRICT, ASHLAND BOROUGH, BUTLER TOWNSHIP MUNICIPAL AUTHORITY, BUTLER TOWNSHIP, and LEASE ASSOCIATES, INC.,** Respondents | : : : : : : : : : : : : : : : | Nature of Proceeding: 11 U.S.C. § 363(f) Motion for sale free and clear Docket entry #1086 |

## ORDER

AND NOW, upon consideration of the foregoing Motion to Sell Real Property Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §363(f) with Any Valid Claims Attaching to Sale Proceeds (Sale of Hospital Real Estate), it is hereby ORDERED and DECREED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the Trustee is granted leave to sell said real property of the estate located at 101 Broad Street, Ashland, Butler Township, Schuylkill County, Pennsylvania (the "Real Property") to Ashland Properties, LLC, or assigns, for the sum of $550,000.00. The sale of the Real Property is to be free and clear of all liens and encumbrances, with all valid liens and encumbrances to be transferred to the fund created by said sale. The Trustee is also allowed to execute all papers and documents necessary to transfer said property and to effectuate the sale.

It is further ORDERED that the proceeds from the sale of the above real property shall be distributed as follows:
    a. A $100,000.00 carve out from the sale from which the following shall be paid:
        i. Any out-of-pocket expenses advanced by WILLIAM G. SCHWAB, ESQUIRE, in connection with the sale of the Real Property, and which have not been reimbursed at the time of settlement, along with a reserve of Three (3%) percent for a potential Trustee statutory

1

        commission under 11 U.S.C. § 326(a) to be held until further Order of Court;

    ii.    Any notarization and/or incidental recording fees associated with the sale of the Real Property;

    iii.    Six (6%) Percent to BENNETT WILLIAMS REALTY, representing the Realtor's commission, plus the pro-rata reasonable expenses in conjunction with the sale;

b.    Any transfer tax which the responsibility of the Seller;

c.    Remaining funds shall be distributed to taxing authorities in the percentages as set forth in Exhibit "B", up to the amount of their claim.

d.    If any, the balance of the proceeds shall be held in the Trustee's escrow account pending further Notice as to distribution or by further Order of Court.

Dated: December 16, 2014

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

2